The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STANLEY PACE, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>JORAN LUNDH, an individual,<br><br>    Defendant. | Case No. 3:18-cv-05965-BHS<br><br>**DECLARATION OF DEREK LINKE IN SUPPORT OF PLAINTIFF STANLEY PACE'S STATUS REPORT** |

I, Derek Linke, declare as follows:

1. I am counsel of record for Plaintiff Stanley Pace in this matter, over the age of 18, and competent to testify to the matters stated herein.

2. Within days of the Court's Order denying Pace's motion for default judgment (Dkt. No. 14), Defendant Joran Lundh forwarded a copy of the order to Uniregistry, the domain-name registrar responsible for maintaining Pace's registration of the domain name which is at issue in this action, lascal.com ("Domain Name"), asking for Uniregistry to transfer the Domain Name to him. Attached as **Exhibit A** is a true and correct copy of the email correspondence I received from Uniregistry's counsel on March 9, 2020, forwarding Lundh's March 7, 2020 communication with Uniregistry.

3. Uniregistry's counsel stated that, under the circumstances, the Domain Name's status would remain unchanged. Uniregistry also advised that Lundh's correspondence "demonstrates, among other things, (a) that [Lundh] is actively aware of the litigation and is

DECL. OF D. LINKE IN SUPPORT OF
STATUS REPORT — 1
[Case No. 3:18-CV-05965-BHS]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

following it, and (b) the defendant is attempting to obtain the domain name."

4. As of the date of this filing, Pace has been unable to locate Lundh for potential service in a jurisdiction other than Hong Kong, which he continues to hold out as his residence. Attached as **Exhibit B** is a true and correct copy of Lundh's LinkedIn profile page which I accessed today at the address indicated on the exhibit.

5. Lundh appears to routinely work with U.S.-based counsel to secure federal patent and trademark registrations. For example, as recently as October 8, 2019, the U.S. Patent & Trademark Office issued Patent No. 10,433,656 to Lundh. Attached as **Exhibit C** is a true and correct copy of U.S. Pat. 10,433,656 to Lundh.

I declare under penalty of perjury under the laws of the United States that to my knowledge the foregoing is true and correct.

Executed on September 25, 2020

s/ Derek Linke
Derek Linke

DECL. OF D. LINKE IN SUPPORT OF
STATUS REPORT — 2
[Case No. 3:18-CV-05965-BHS]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800