The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| STANLEY PACE, an individual<br><br>Plaintiff,<br><br>v.<br><br>JORAN LUNDH,<br><br>Defendant. | Case No. 3:18-cv-05965-BHS<br><br>**ORDER GRANTING PLAINTIFF STANLEY PACE'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT JORAN LUNDH**<br><br>NOTE ON MOTION CALENDAR:<br>December 3, 2021 |

Plaintiff Stanley Pace moves the Court to enter default judgment in this action under Rule 55(b)(1) of the Federal Rules of Civil Procedure and LCR 55(b)(1) ("Motion"). Based on the documents previously filed herein, and upon consideration of the Motion and the papers submitted in support thereof, the Court makes the following findings and conclusions:

1. Despite being duly served with the summons and complaint, Defendant Lundh has failed to plead or otherwise defend and therefore is in default.

2. Plaintiff is entitled to judgment in his favor on his claims as requested in his Motion.

For the foregoing reasons and good cause appearing, the Motion is GRANTED, and IT IS HEREBY ORDERED that:

ORD. GRANT. ENTRY OF DEF. JUDG.
AGAINST DEF. LUNDH — 1
[Case No. 3:18-CV-05965-BHS]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1. Plaintiff Stanley Pace did not violate Defendant Joran Lundh's rights under the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), in registering or using the internet domain name LASCAL.com ("Domain Name");

2. Plaintiff Stanley Pace did not violate Defendant Joran Lundh's rights under the Lanham Act, 15 U.S.C. § 1051, *et seq.*, in registering or using the Domain Name;

3. Defendant Joran Lundh is not entitled to transfer of the Domain Name; and

4. The registrar of the Domain Name, Uniregistrar Corp., is to take all action necessary to enable the Domain Name; to reactivate the Domain Name; to discontinue any suspension of the Domain Name; and to refrain from transferring the Domain Name from Pace to Lundh.

The Clerk of the Court is directed to enter the Judgment in accordance herewith.

IT IS SO ORDERED.

Dated this 19th day of January, 2022.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Keith Scully
Keith Scully, WSBA No. 28677

ORD. GRANT. ENTRY OF DEF. JUDG.
AGAINST DEF. LUNDH — 2
[Case No. 3:18-CV-05965-BHS]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800