# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STANLEY PACE,<br><br>               Plaintiff<br><br>   v.<br><br>JORAN LUNDH,,<br><br>              Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 3:18-cv-05965-BHS |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED Judgment against Defendant Joran Lundh and in favor of Plaintiff Stanley Pace.

Dated this 19th Day of January, 2022        RAVI SUBRAMANIAN
                                                                    Clerk

                                                                                   s/Zaundra George
                                                                                   Deputy Clerk